### SUPREME FOREST, WOODMEN CIRCLE, v. STATE ex rel. READ, Ins. 'Com'r.

No. 25834.    March 12, 1935.

Rehearing Denied April 9, 1935.

O. H. Searcy and H. L. Stuart, for plaintiff in error.

John M. Wheeler and Creekmore Wallace, for defendant in error.

PER CURIAM. This is a companion case with No. 25835, Sovereign Camp Woodmen of the World v. State ex rel. Insurance Commissioner, 171 Okla. 387, 42 P. (2d) 896, in which that opinion disposes of the exact question involved in this cause, and upon the authority of that opinion this cause is dismissed.